MELINDA HAAG, CA No. 132612
United States Attorney
JOANN M. SWANSON, CA No. 88143
Chief, Civil Division
EDWIN L. JOE, CA No. 112328
Special Assistant United States Attorney

    455 Market Street, 6th Floor
    San Francisco, California  94105-2420
    Telephone:      (415) 744-8494
    Facsimile:       (202) 481-1810 or (415) 744-6812
    Email:             edwin.joe@sba.gov

CHRISTOPHER J. MCCLINTOCK, VA Bar No. 68417
ARLENE M. EMBREY, FL Bar no. 0125539
Trial Attorney
Office of General Counsel
U.S. Small Business Administration
409 Third St., S.W.
Washington, DC  20416
Telephone: (202) 205-7715
Facsimile:  (202) 481-5497
Email:  christopher.mcclintock@sba.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Civil No: CV 12-cv-00523 LHK |
| **Plaintiff,** | |
| v. | **ORDER CHANGING TIME AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| **NOVUS VENTURES II, L.P.,** | |
| **Defendant(s).** | **Hon. Judge Lucy H. Koh** |

**ORDER CHANGING TIME AND CONTINUING
CASE MANAGEMENT CONFERENCE**

**Order Changing Time and Continuing Case Management Conference**      Page 1
**No. 12-cv-00523 LHK**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The briefing schedule on Plaintiff's Motion for Injunctive Relief and Appointment of SBA as Receiver Under 15 U.S.C. § 687c ("Motion") is altered as follows:

| | |
|---|---|
| Plaintiff's Motion Filed: | April 19, 2012 |
| Defendant's Opposition Due: | May 31, 2012 |
| Plaintiff's Reply Due: | June 21, 2012 |
| Hearing: | ~~July 12, 2012, 1:30 p.m.~~  July 26, 2012, at 1:30 p.m. |

Further, the Case Management Statement shall be due no later than Wednesday, July 19, 2012. ~~September 12, 2012~~.  The Case Management Conference is hereby continued from June 20, 2012 July 26, 2012, at 1:30 p.m., immediately following the hearing. to ~~September 19, 2012 at 2:00 pm.~~  Parties are to appear in courtroom #8, 4th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

In light of the parties' stipulation, Plaintiff's Motion to Shorten Time (ECF No. 19) is denied as moot.

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

DATED this __1__ day of _June_, 2012.

_____
Hon. Judge Lucy H. Koh
UNITED STATES DISTRICT COURT JUDGE

**Order Changing Time and Continuing Case Management Conference**          Page 2
**No. 12-cv-00523 LHK**