SEDGWICK LLP
LILLIAN STENFELDT  BAR NO. 104929
ALISON K. BEANUM  BAR NO. 221968
One Embarcadero Center, 16th Floor
San Francisco, California 94111-3628
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: lillian.stenfeldt@sedgwicklaw.com
       alison.beanum@sedgwicklaw.com

Attorneys for JOHN SKEEN, PAUL KLEIN, DAVID LUNDQUIST, and DAN TOMPKINS, in their individual capacities as Limited Partners of Novus Ventures II, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOVUS VENTURES II, L.P.,<br><br>Defendant(s). | Civil No:  CV 12-cv-00523 LHK<br><br>**[PROPOSED] ORDER ALLOWING SPECIAL AND LIMITED APPEARANCE BY COUNSEL OF RECORD FOR JOHN SKEEN, PAUL KLEIN, DAVID LUNDQUIST, AND DAN TOMPKINS, AND ALTERING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF AND APPOINTMENT OF SBA AS RECEIVER**<br><br>[Filed Concurrently With Stipulation] |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Having considered the Stipulation of the Parties filed concurrently herewith:

1. Independent counsel of record for the following four of Novus's 95 limited partners in their individual capacities, John Skeen, Paul Klein, David Lundquist, and Dan Tompkins ("Limited Partners"), shall be permitted to enter a limited and special appearance in

this action in order to (1) file a Limited Appearance on behalf of Novus, as well as Supplemental Declarations of the Limited Partners, attached to a Supplemental Brief in support Novus's Opposition to Plaintiff's Motion for Injunctive Relief and Appointment of SBA as Receiver Under 15 U.S.C. § 687c, which will be limited to the scope of the Supplemental Declarations and the Opposition; (2) participate in oral argument, to the extent the Court entertains any such argument, at the hearing on Plaintiff's Motion; and (3) participate in any appeal of the Court's decision on the Motion; and

2. The Limited Appearance, Supplemental Brief, and Supplemental Declarations in support of Novus' Opposition to Plaintiff's Motion shall be filed on or before **July 5, 2012**. Plaintiff reserves its right to file a Supplemental Reply to the Limited Appearance, Supplemental Brief, and Supplemental Declarations on or before **July 16, 2012**. The hearing on Plaintiff's Motion will remain unchanged from its present date and time – **July 26, 2012 at 1:30 p.m.**

The Supplemental Brief in support of Novus' Opposition to Plaintiff's Motion shall not exceed 7 pages. Plaintiff's Supplemental Reply shall not exceed 5 pages.

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: July 3, 2012.

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Court Judge