UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 12-CV-00523-LHK |
| Plaintiff, | |
| v. | ORDER REFERRING PARTIES TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE |
| NOVUS VENTURES II, L.P., | |
| Defendant. | |

The parties indicate in their July 19, 2012 Joint Case Management Statement that both parties are amenable to participating in a Magistrate Judge Settlement Conference. *See* ECF No. 41 at 7.  Accordingly, the parties are hereby referred to Magistrate Judge Howard R. Lloyd to conduct a Magistrate Judge Settlement Conference with a 90-day deadline.  The July 26, 2012 case management conference and hearing on Plaintiff's Motion for Injunctive Relief and Appointment of SBA as Receiver Under 15 U.S.C. § 687c remain as set.

**IT IS SO ORDERED.**

Dated: July 24, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-00523-LHK
ORDER REFERRING PARTIES TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE