UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 12-CV-00523-LHK |
| Plaintiff, ) | |
| v. ) | ORDER DIRECTING PARTIES TO FILE STATUS REPORT |
| NOVUS VENTURES II, L.P., ) | |
| Defendant. ) | |

Pursuant to the Court's July 26, 2012 Case Management Order, a further case management conference in this case is set for November 7, 2012. *See* ECF No. 43. However, on August 8, 2012, the Court issued an Order Granting Plaintiff's Motion for Injunctive Relief and Appointment of SBA as Receiver Under 15 U.S.C. § 687c, seemingly resolving all claims. *See* ECF No. 44. Accordingly, by November 5, 2012, the parties shall file a joint status report regarding the status of the case and whether the case file may be closed. If the case file may not be closed, the parties are ORDERED to file one joint case management statement. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: November 1, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 12-CV-00523-LHK
ORDER TO FILE STATUS REPORT