UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 12-CV-00523-LHK |
| Plaintiff, | |
| v. | ORDER ADMINISTRATIVELY CLOSING CASE |
| NOVUS VENTURES II, L.P., | |
| Defendant. | |

On February 1, 2011, the United States filed a Complaint for Receivership and Injunction on behalf of its agency, the U.S. Small Business Administration ("SBA"), against Defendant Novus Ventures II, L.P. ("Novus"), a Delaware limited partnership that maintains its place of business and principal office in Cupertino, California. *See* ECF No. 1. On August 8, 2012, the Court granted SBA's Motion for Injunctive Relief and Appointment of SBA as receiver Under 15 U.S.C. § 687c. *See* ECF No. 44 (incorporating by reference SBA's Receivership Order filed as ECF No. 18-12). Pursuant to this Receivership Order, the Court took exclusive jurisdiction of Novus and all of its assets and property, and appointed SBA Receiver of Novus to serve without bond until further order of this Court. *Id.* Consequently, SBA contends that this action is no longer contested and that it is possible for this matter to be administratively closed with the Receivership Order in place. *See* ECF No. 47. Cooley LLP, formerly the attorneys for Defendant, notified the Court that it believes that it has been dismissed from this case by this Court's August 8, 2012 Order. *See* ECF No. 48.

1

Case No.: 12-CV-00523-LHK
ORDER ADMINISTRATIVELY CLOSING CASE

In light of this Court's August 8, 2012 Order and the parties' subsequent filings, the Court finds it appropriate to administratively close this case with the Receivership Order in place and with the Receiver fulfilling its obligations pursuant to the Order. Accordingly, the case management conference scheduled for November 7, 2012, is hereby VACATED. The Clerk is directed to ADMINISTRATIVELY CLOSE the file. Any party may move to reopen the action if good cause appears.

**IT IS SO ORDERED.**

Dated: November 6, 2012

_____
LUCY H. KOH
United States District Judge